```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

FAROULH DORLETTE
                                               PRISONER
                             CASE NO. 3:09-cv-414 (AWT)

   v.

JOHN EDISON, ET AL.

## RULING AND ORDER

Plaintiff, incarcerated and pro se, has filed a motion for leave to amend seeking to identify defendants named as John Does in the complaint. The Motion for Leave to Amend [**doc. # 4**] is **GRANTED**. The Clerk shall docket the Amended Complaint attached to the motion for leave to amend.

The Motion for a Copy of the Complaint [**doc. # 3**] is **DENIED** without prejudice. Although plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, this status only permits him to file the action without prepayment of the filing fee. Plaintiff is not automatically entitled to copies or other materials. See Guinn v. Hoecker, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); Douglas v. Green, 327 F.2d 661, 662 (6th Cir. 1964) (28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment).

Thus, plaintiff's motion for a free copy is denied.  The complaint is seventeen pages in length and the amended complaint is ten pages in length.  Plaintiff may receive copies of the complaint and amended complaint by submitting a check or money order payable to the Clerk of Court in the amount of $13.50.  If plaintiff cannot afford the copy charge, he may file a renewed motion with the court including a copy of his inmate account balance to demonstrate his inability to pay for the copy.

**SO ORDERED** at Bridgeport, Connecticut this _16th_ day of October, 2009.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge